IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
DENISE MCGINTY, Individually and on behalf of the Estate of RAY L. MCGINTY, Decedent

Civil Case # 1:17-cv-01956-RLY-TAB

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Ray L. McGinty

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Denise McGinty, Personal Representative

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   OR

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

OR ______________________________

6. Plaintiff's/Deceased Party's current state of residence:

OR ______________________________

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court – District of Oregon

8. Defendants (Check Defendants against whom Complaint is made):

X Cook Incorporated

X Cook Medical LLC

X William Cook Europe ApS

9. Basis of Jurisdiction:

X Diversity of Citizenship

□ Other: ______________________________

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

6-21

b. Other allegations of jurisdiction and venue:

N/A

______________________________

______________________________

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☐ Günther Tulip® Vena Cava Filter

☒ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other:

______________________________________________

11. Date of Implantation as to each product:

01/03/2012

______________________________________________

12. Hospital(s) where Plaintiff was implanted (including City and State):

Salem Hospital, Salem, OR

______________________________________________

13. Implanting Physician(s):

Mark D. Fleming, MD

______________________________________________

______________________________________________

14. Counts in the Master Complaint brought by Plaintiff(s):

X Count I: Strict Products Liability – Failure to Warn

X Count II: Strict Products Liability – Design Defect

X Count III: Negligence

X Count IV: Negligence Per Se

X Count V: Breach of Express Warranty

X Count VI: Breach of Implied Warranty

X Count VII: Violations of Applicable ____OR____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

□ Count IX: Wrongful Death

□ Count X: Survival

X Count XI: Punitive Damages

□ Other: ____________________ (please state the facts supporting this Count in the space, immediately below)

□ Other: ____________________ (please state the facts supporting this Count in the space, immediately below)

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

15. Attorney for Plaintiff(s):

David P. Matthews

16. Address and bar information for Attorney for Plaintiff(s):

2905 Sackett St., Houston, Texas 77098

David P. Matthews, Texas Bar No. 13206200

______________________________________________________________________

Respectfully submitted,

**Matthews & Associates**

*s/ David P. Matthews*
David P. Matthews, Bar No. 13206200
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
matthewsivc@themathewslawfirm.com
dmatthews@themathewslawfirm.com

***Lead Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ David P. Matthews*